UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE GRIMMET,

    Plaintiff,                                          Case No. 08-cv-13164

v.                                                HONORABLE STEPHEN J. MURPHY, III

CHASE MANHATTAN
MORTGAGE CORP. and
CHASE HOME FINANCE, LLC,

    Defendants.
_____/

## **ORDER OF DISMISSAL**

On August 24, 2009, the Court ordered Plaintiff to file on the docket correct addresses for Defendants, or a statement explaining Plaintiff's knowledge of Defendants' places of business.[1] The Court noted that failure to comply with the Court's order would result in dismissal of Plaintiff's complaint for failure to prosecute. Docket no. 9.

Plaintiff has not responded to the Court's order, let alone within the time specified by the order. Accordingly, the Court will dismiss Plaintiff's action, without prejudice, for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962); *Ernst v. Rising*, 427 F.3d 351, 367 (6th Cir. 2005) (dismissals that do not reach the merits of a claim ordinarily are dismissed without prejudice); *see also* Fed. R. Civ. P. 41(b); E.D. Mich. LR 41.2.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff's complaint (docket no. 1) is

---

[1] Plaintiff had been granted IFP status and the Court had ordered U.S. Marshals to serve process on Defendants. The addresses for Defendants provided by Plaintiff were incorrect and the summonses were returned unexecuted as a result. *See* Docket nos. 6 & 7.

**DISMISSED** without prejudice.

**SO ORDERED.**

                                      s/Stephen J. Murphy, III
                                      STEPHEN J. MURPHY, III
                                      United States District Judge

Dated: March 24, 2010

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 24, 2010, by electronic and/or ordinary mail.

                                      s/Alissa Greer
                                      Case Manager